**SEALED DOCUMENT**

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

2019 SEP 26 P 4: 06

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. 1:19-mj-192-01-AJ |
| the residence of Amaro Goncalves, located at ███████ Rye, New Hampshire | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___New Hampshire___
*(identify the person or describe the property to be searched and give its location)*:

the residence of Amaro Goncalves, located at ███████ Rye, New Hampshire, a detailed description of which is contained in a Attachments A1 and B1 to the Affidavit attached and incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B1 (attached and incorporated herein).

**YOU ARE COMMANDED** to execute this warrant on or before ___October 7, 2019___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Andrea K. Johnstone, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 09/23/2019 4:20pm                    *Andrea K. Johnstone*
                                                           *Judge's signature*

City and state: Concord, New Hampshire                     Andrea K. Johnstone, U.S. Magistrate Judge
                                                           *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:19-mj- | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# SEARCH WARRANT INVENTORY FORM

Case No. 2018001493                Address: ▮▮▮▮▮, Rye, NH

| # | Room ID | Location of Item | Description of Item | Box # | Finding Agent |
|---|---------|------------------|---------------------|-------|---------------|
| 1 | AA | Envelope on Bed | Acct notification, Ocean Bank Acct # ▮2849020 | | James Schimpf |
| 2 | AA | " | Bank Statements, Corporacion Cinnamon CA | | " |

I certify that this is a true listing of all the items seized at the above specified location, pursuant to a lawful court order and/or search warrant.

Signed: [signature]                Date: 9/24/19
Print Name: BEN HOCHBERGER        Witness Agent:

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| IOBN | 2018 001493 | 9/24/2019 | 1115 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| ▓▓▓ | ▓▓▓, Rye, NH |

**7. CASE TITLE:** Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A |  | 2 |  | Safe Deposit box keys, No. ▓▓▓ |
| B |  | 1 |  | Envelope from TD Bank to Antonio J. Conclaves Andrade |
| C |  | 1 |  | Various Bank Account Documents and wire info |

| 8. NAME AND SIGNATURE OF WITNESS (If Available) | 9. NAME AND SIGNATURE OF RECEIVING SA |
|---|---|
| Ben Hochberger | Jim Brigham |

### 10. CHAIN OF CUSTODY

| ITEM(S) | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
|  | NAME | NAME |  |
| DATE | ORGANIZATION | ORGANIZATION |  |
| TIME | SIGNATURE | SIGNATURE |  |

DCIS FORM 14, (CARBON) MARCH 10, 2017   CHAIN OF CUSTODY CONTINUED ON REVERSE   Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ___ of ___

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 10BN | 2018 001493 | 9/24/2019 | 1115 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| ███ | ███ Rd., Rye, NH |

| 7. CASE TITLE |
|---|
| Sig Sauer |

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Checkbook, Lake Sunapee Bank, Acct no. ███9004, Amaro and Shelly Goncalves |
| B | | 1 | | Checkbook, Northeast Credit Union, Acct no. ███6285, Amaro Goncalves |
| C | | 1 | | Chase Visa Credit Card no. ███3016, Amaro Goncalves |
| D | | 1 | | Chase Visa Credit Card no. ███2222, Amaro Goncalves |
| E | | 5 | | Checkbooks, Optima Bank & Trust, Acct no. ███6612 and Register |

| 8. NAME AND SIGNATURE OF WITNESS (If Available) | 9. NAME AND SIGNATURE OF RECEIVING SA |
|---|---|
| | Jim Brigham /s/ |

## 10. CHAIN OF CUSTODY

| ITEM(S) | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
| | NAME | NAME | |
| DATE | ORGANIZATION | ORGANIZATION | |
| TIME | SIGNATURE | SIGNATURE | |

DCIS FORM 14, (CARBON) MARCH 10, 2017   CHAIN OF CUSTODY CONTINUED ON REVERSE   Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ____ of ____

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| IOBN | 2018001493 | 9/24/2019 | 1115 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| [redacted] | [redacted] Rye, NH |

**7. CASE TITLE:** Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Debit Card, Acct no. [redacted] 9875, Amaro Goncalves, Sig Sauer, Inc. |

**8. NAME AND SIGNATURE OF WITNESS (If Available):** Ben Hochberger

**9. NAME AND SIGNATURE OF RECEIVING SA:** Garrett Greer E30

## 10. CHAIN OF CUSTODY

| ITEM(S) / DATE / TIME | RELEASED BY (NAME / ORGANIZATION / SIGNATURE) | RECEIVED BY (NAME / ORGANIZATION / SIGNATURE) | PURPOSE |
|---|---|---|---|
| | | | |

DCIS FORM 14, (CARBON) MARCH 10, 2017    CHAIN OF CUSTODY CONTINUED ON REVERSE    Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ___ of ___

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 10BN | 2018001493 | 9/24/2019 | 1115 |

**5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED:** [redacted]

**6. LOCATION WHERE PROPERTY SEIZED:** [redacted] Rd., Rye, NH

**7. CASE TITLE:** Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Ocean Bank statements in the name of "Corporacion Cinnamon CA" and "Corporacion Golden Eagle C.A." |

**8. NAME AND SIGNATURE OF WITNESS** (If Available): Ben Hochberger /s/ Ben Hll

**9. NAME AND SIGNATURE OF RECEIVING SA:** Chris Silvestro /s/

## 10. CHAIN OF CUSTODY

| ITEM(S) / DATE / TIME | RELEASED BY (NAME / ORGANIZATION / SIGNATURE) | RECEIVED BY (NAME / ORGANIZATION / SIGNATURE) | PURPOSE |
|---|---|---|---|
| | | | |

DCIS FORM 14, (CARBON) MARCH 10, 2017    CHAIN OF CUSTODY CONTINUED ON REVERSE    Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ___ of ___

G*P*O U.S. GPO: 2017-399-868

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 1OBN | 2018001493 | 9/24/2019 | 1050 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| ▮ | ▮ Rye, NH |

**7. CASE TITLE**
Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Black Address book, 4" x 6" |

**8. NAME AND SIGNATURE OF WITNESS (If Available)**
Ben Hochberger *Ben /Hu/*

**9. NAME AND SIGNATURE OF RECEIVING SA**
Jim Brigham *[signature]*

## 10. CHAIN OF CUSTODY

| ITEM(S) | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
| | NAME | NAME | |
| DATE | ORGANIZATION | ORGANIZATION | |
| TIME | SIGNATURE | SIGNATURE | |

DCIS FORM 14, (CARBON) MARCH 10, 2017   CHAIN OF CUSTODY CONTINUED ON REVERSE   Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ____ of ____

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 10BN | 2018001493 | 9/24/2019 | 1050 |

**5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED:** [redacted]

**6. LOCATION WHERE PROPERTY SEIZED:** [redacted], Rye, NH

**7. CASE TITLE:** SigSauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | CLS Passport no. [redacted], Amaro Goncalves, All pages used, no longer usable |
| B | | 1 | | US Passport Card no. [redacted], Amaro Goncalves |

**8. NAME AND SIGNATURE OF WITNESS (If Available):** Ben Hochberger /s/ Ben H[...]

**9. NAME AND SIGNATURE OF RECEIVING SA:** Jim Brigham /s/

### 10. CHAIN OF CUSTODY

| ITEM(S) / DATE / TIME | RELEASED BY (NAME / ORGANIZATION / SIGNATURE) | RECEIVED BY (NAME / ORGANIZATION / SIGNATURE) | PURPOSE |
|---|---|---|---|
| | | | |

DCIS FORM 14, (CARBON) MARCH 10, 2017    CHAIN OF CUSTODY CONTINUED ON REVERSE    Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ___ of ___

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 10 BN | 201800l493 | 9/24/2019 | 1040 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| [redacted] | [redacted] Rye, NH |

7. CASE TITLE: Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Checkbook and Register, Banco Sabadell Miami Branch, Acct no. [redacted]8344, with presigned checks |
| B | | 1 | | Checkbook and Register, Mercantil Commercebank, Acct no. [redacted]7706, with presigned checks |
| | | | | —Last Item— |

8. NAME AND SIGNATURE OF WITNESS (If Available): Ben Hochberger [signature]

9. NAME AND SIGNATURE OF RECEIVING SA: Sara Albert [signature]

## 10. CHAIN OF CUSTODY

| ITEM(S) / DATE / TIME | RELEASED BY (NAME / ORGANIZATION / SIGNATURE) | RECEIVED BY (NAME / ORGANIZATION / SIGNATURE) | PURPOSE |
|---|---|---|---|
| | | | |

DCIS FORM 14, (CARBON) MARCH 10, 2017   CHAIN OF CUSTODY CONTINUED ON REVERSE   Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ____ of ____

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| 10 BN | 2018001493 | 9/24/2019 | 1130 |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
|  | ████ Rd., Rye, NH |

| 7. CASE TITLE |
|---|
| Sig Sauer |

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| 1 |  | A |  | Financial Documents and Power of Attorney, Antonio Gonclaves |

| 8. NAME AND SIGNATURE OF WITNESS (If Available) | 9. NAME AND SIGNATURE OF RECEIVING SA |
|---|---|
| Ben Hochberger /s/ Ben Hoch | Ed Hayden /s/ |

## 10. CHAIN OF CUSTODY

|  | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
| ITEM(S) | NAME | NAME |  |
| DATE | ORGANIZATION | ORGANIZATION |  |
| TIME | SIGNATURE | SIGNATURE |  |

DCIS FORM 14, (CARBON) MARCH 10, 2017     CHAIN OF CUSTODY CONTINUED ON REVERSE     Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ____ of ____

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE CUSTODY DOCUMENT

| CODE | CONTROL | | | LOG NUMBER | DATE AND TIME OF SEIZURE |
|---|---|---|---|---|---|
| | | | | | 24 SEP 2019  12:20 |

| NAME OF PERSON FROM WHOM PROPERTY SEIZED | LOCATION WHERE PROPERTY SEIZED |
|---|---|
| [redacted] | [redacted] Rye, NH |

NI TITLE

| ITEM | QUANTITY | DISPOSAL ACTION | DESCRIPTION OF ARTICLE - MODEL NUMBER, SERIAL NUMBER, IDENTIFYING MARKS, CONDITION, AND VALUE WHEN APPROPRIATE |
|---|---|---|---|
| A | 1 | | iPad 32GB, Serial # DN6G8FMBDKPJ (RME) |
| B | 1 | | iPad, Serial # F9FTXLQTHLJK (RME) |
| C | 1 | | iPhone 7, Model A1660, SN: C6KVILNNHG... (RME) |
| | | | ———— LAST ITEM ———— |

NAME AND SIGNATURE OF WITNESS (IF AVAILABLE):

NAME AND SIGNATURE OF RECEIVING S/A: Richard Salvin, SA, DCIS /s/ Richard Sn

## CHAIN OF CUSTODY

| ITEM | DATE & TIME | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|---|
| A, B, C | 24 SEP 2019 12:20 | NAME: Rich Salvin  ORGANIZATION: 70CE  SIGNATURE: /s/ | NAME: Duane M Jacques  ORGANIZATION: Portsmouth Police Dept  SIGNATURE: /s/ | Evaluation as Evidence |
| | | NAME:  ORGANIZATION:  SIGNATURE: | NAME:  ORGANIZATION:  SIGNATURE: | |
| | | NAME:  ORGANIZATION:  SIGNATURE: | NAME:  ORGANIZATION:  SIGNATURE: | |
| | | NAME:  ORGANIZATION:  SIGNATURE: | NAME:  ORGANIZATION:  SIGNATURE: | |

CHAIN OF CUSTODY CONTINUED ON REVERSE

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| | | 24 Sept 2019 | |

| 5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED | 6. LOCATION WHERE PROPERTY SEIZED |
|---|---|
| [redacted] | Rye NH |

**7. CASE TITLE**

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Lenovo 90ED, SN: R302DHWR |
| B | | 1 | | Surface Pro, SN: 012720262553 Model 1724, 256GB, BC: 00001488 (SIG) |
| C | | 1 | | Windows Surface, SN: 011964783657, Model 1769 |
| D | | 1 | | Lenovo laptop, IDEA PAD, S300, Model 20197, SN: CB26403791 |
| E | | 1 | | USB Thumb Drive, PNY 16GB |
| F | | 4 | | Three USB Drives and One Seagate External (2TB) SN NA8DAMPA |
| G | | 1 | | 64GB Lightning drive, Red in color |
| H | | 1 | | External USB Drive, 160GB Simpletech |
| I | | 1 | | ASUS LAPTOP, SN: F2N0CY194649076 |

| 8. NAME AND SIGNATURE OF WITNESS (If Available) | 9. NAME AND SIGNATURE OF RECEIVING SA |
|---|---|
| | RICHARD SALWIN, SA [signature] |

**10. CHAIN OF CUSTODY**

| | RELEASED BY | RECEIVED BY | PURPOSE |
|---|---|---|---|
| ITEM(S) | NAME | NAME | |
| DATE | ORGANIZATION | ORGANIZATION | |
| TIME | SIGNATURE | SIGNATURE | |

DCIS FORM 14 (CARBON) MARCH 10, 2017    CHAIN OF CUSTODY CONTINUED ON REVERSE    Adobe LiveCycle Designer ES

Page ___ of ___

# DEFENSE CRIMINAL INVESTIGATIVE SERVICE EVIDENCE/PROPERTY DOCUMENT

| 1. OFFICE | 2. CASE NUMBER/UID | 3. DATE OF SEIZURE | 4. TIME OF SEIZURE (If Applicable) |
|---|---|---|---|
| IOBN | 2018001493 | 9/24/2019 | 1040 |

**5. NAME OF PERSON OR COMPANY FROM WHOM PROPERTY SEIZED:** Amaro Goncalves

**6. LOCATION WHERE PROPERTY SEIZED:** ████████, Rye, NH

**7. CASE TITLE:** Sig Sauer

| ITEM(S) | ETS ITEM # | QUANTITY | DISPOSITION ACTION | DESCRIPTION OF PROPERTY (Model Number, Serial Number, Identifying Marks, Condition, and Value when appropriate) |
|---|---|---|---|---|
| A | | 1 | | Temporary Checkbook, Wells Fargo Bank, Account no ████████4705 |

**8. NAME AND SIGNATURE OF WITNESS** (If Available)

**9. NAME AND SIGNATURE OF RECEIVING SA**

## 10. CHAIN OF CUSTODY

| ITEM(S) / DATE / TIME | RELEASED BY (NAME / ORGANIZATION / SIGNATURE) | RECEIVED BY (NAME / ORGANIZATION / SIGNATURE) | PURPOSE |
|---|---|---|---|
| | | | |

DCIS FORM 14, (CARBON) MARCH 10, 2017     CHAIN OF CUSTODY CONTINUED ON REVERSE     Adobe LiveCycle Designer ES
CHAPTER 18
ATTACHMENT B

Page ____ of ____